UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARINA MALDONADO,<br><br>Defendant. | CASE NO.:  21-CR-0793-WQH<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE JURY TRIAL |

Upon joint motion of the parties, **IT IS HEREBY ORDERED** that Ms. Maldonado's jury trial is rescheduled from November 9, 2021, to January 11, 2022 at 9 a.m. and the motion in limine hearing is rescheduled from November 8, 2021 to January 10, 2022 at 9 a.m..

**IT IS FURTHER ORDERED** that time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(7)(A), because a continuance would serve the interests of justice due to the recent production of cell phone discovery. Additionally, failure to grant a continuance would result in a miscarriage of justice, because the defense would not have enough time to review the phone discovery and prepare for Ms. Maldonado's defense at trial. *See* 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED.**

Dated:  October 26, 2021

_____
Hon. William Q. Hayes
United States District Court