# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br><br>CARINA MALDONADO,<br><br>   Defendant. | CASE NO.:  21-CR-0793-WQH<br><br>ORDER GRANTING MOTION TO CONTINUE JURY TRIAL |

Upon motion of Defendant Carina Maldonado (ECF NO. 65), **IT IS HEREBY ORDERED** that the motion in limine hearing is reset from March 14, 2022, to May 9, 2022 at 2 p.m. and the jury trial is reset from March 15, 2022, to May 10, 2022 at 9 a.m.

**IT IS FURTHER ORDERED** that time is excluded under 18 U.S.C. § 3161(7)(A) because a continuance would serve the interests of justice due to the defense's need for additional time to prepare for trial. Additionally, failure to grant a continuance would result in a miscarriage of justice, because the defense would not have enough time to prepare for trial. *See* 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED.**

Dated: March 1, 2022

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court